UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEFFREY A. STEELE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-1594-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 18, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before April 1, 2011.

DATED this <u>8th</u> day of February, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C10-1594-MAT]

1

Presented By:

2

s/ Daphne Banay
3 DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney
4 Office of the General Counsel
Social Security Administration
5 701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
6 Telephone: (206) 615-2113
Fax: (206) 615-2531
7 daphne.banay@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23